**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7057**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

MARLON BRAMWELL,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-91-429-A)

---

Submitted:  October 31, 2000          Decided:  November 16, 2000

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Marlon Bramwell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marlon Bramwell appeals the district court's order denying his motion filed under Fed. R. Civ. P. 60(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Bramwell's pending motion filed under Fed. R. App. P. 10(a) and affirm on the reasoning of the district court. <u>See</u> <u>United States v. Bramwell</u>, No. CR-91-429-A (E.D. Va. May 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>